# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130353(60)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

BOBBY LYNELL SMITH,
     Defendant-Appellee.

_____

SC: 130353
COA: 257353
Oakland CC: 04-195521-FC

        On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing his brief on appeal is considered and it appearing the brief was filed September 22, 2006, the time for filing is extended to that date.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

_____
Clerk